UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                     :
SHU QIN CHEN,                                :
                           Plaintiff,    :
                                                     :        20 Civ. 5460 (LGS)
                      -against-                :
                                                     :              <u>ORDER</u>
ACTING SECRETARY CHAD WOLF, et al,     :
                               Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on July 20, 2020, Plaintiff filed a certificate of service stating that Defendants were served on July 20, 2020, and the deadline to answer or otherwise respond to the Complaint was August 10, 2020 (Dkt. No. 6);

       WHEREAS Defendants did not file an answer or otherwise respond by August 10, 2020. It is hereby

       **ORDERED** that Defendants shall answer or otherwise respond to the Complaint by **August 20, 2020**, or file a letter explaining the delay. Defendants are reminded that failure to comply with Court-ordered deadlines may result in sanctions or prejudice.

Dated: August 18, 2020
        New York, New York

                                                LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE